UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-938-JST (ANx)                                              Date:  January 2, 2013
Title:  Daniel Ciauri v. John Batt, etc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT 26(F) REPORT**

On October 15, 2012, the Court set a scheduling conference for January 11, 2013, and ordered that "the Joint Rule 26 Report . . . be filed **at least fourteen (14) days before the . . . hearing date set for the Scheduling Conference.**"  (Doc. 21 ¶ 2.)  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for the failure to submit a Joint Rule 26(f) Report.  No later than **January 4, 2012, 12:00 p.m.,** counsel shall submit a Joint Rule 26(f) Report, and a separate written response explaining why they have failed to comply with the Court's filing deadlines.

Initials of Preparer:  enm